good cause in light of the clearly stated deadline in the dismissal order and the fact that the order did not refer or relate to any subsequent action to be taken by the agency.

Accordingly, the AJ's finding that Alston did not exercise due diligence or ordinary prudence under the circumstances of this case is supported by substantial evidence, and the decision not to waive the deadline to refile was not an abuse of discretion. We affirm.

### COSTS

No costs.

of Washington, DC, argued for respondent. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.

MICHEL, Chief Judge, RADER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Howard B. OVERTON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2007–3111.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2007.

W. Craig James, Mauk & Burgoyne, of Boise, ID, argued for petitioner.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice,

**AMINI INNOVATION CORPORATION,**
Plaintiff–Appellant,

v.

**ANTHONY CALIFORNIA, INC. and James Chang, Defendants–Appellees.**

No. 2007–1182.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2007.

Mark D. Nielsen, Cislo & Thomas LLP, of Santa Monica, California, argued for